UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HONG CHANG TU, ET AL., | ) | Case No.: C 10-02962 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER CONTINUING CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| v. | ) | |
| | ) | |
| ROMULO F. MILLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 18, 2011, Plaintiffs Hong Chang Tu and Quoi Gia Trinh appeared for a Case Management Conference.  Based on Plaintiffs' Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is continued to March 1, 2011 at 2:00 p.m.  Plaintiffs may appear by telephone at the Case Management Conference.

Dated:   January 19, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge