UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONG CHANG TU, ET AL., ) | Case No.: C 10-02962 PSG |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER CONTINUING STATUS** |
| v. ) | **CONFERENCE** |
| ) | |
| ) | |
| ROMULO F. MILLAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 1, 2011, Plaintiffs Hong Chang Tu and Quoi Gia appeared for a status conference. Based on the discussions held at the status conference, the status conference is continued to May 3, 2011 at 2PM.

Plaintiffs may appear telephonically at the status conference on that date.

IT IS SO ORDERED.

Dated: March 1, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge