UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONG CHANG TU, et al.,

    Plaintiffs,

  v.

ROMULO F. MILLAN,

    Defendant.

_____/

No. C 10-2962 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING ACTION**

The court has reviewed Magistrate Judge Grewal's Report and Recommendation recommending that the instant action be remanded to state court. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the instant action is summarily REMANDED to Santa Clara County Superior Court.

**IT IS SO ORDERED**.

Dated: January 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge